**Opinion issued January 19, 2023**



In The

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-22-00691-CV**

_____

**IN RE KNIGHT TRANSPORTATION, INC., KNIGHT REFRIGERATED LLC, AND GANIFO SOUMAORO, RELATORS**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

Relators, Knight Transportation, Inc., Knight Refrigerated LLC, and Ganifo Soumaoro, filed a petition for writ of mandamus challenging the trial court's order denying their amended verified motion to dismiss for forum non conveniens.[1] On

---

[1] The underlying case is *Mark Morgan, Individually, Mark Morgan as the Personal Representative of the Estate of Denise Phillips, and Robert Morgan v. Ganifo Soumaoro, Knight Transportation, Inc., and Knight Refrigerated LLC*, Cause No.

January 6, 2023, relators filed a notice of settlement and request to dismiss their petition for writ of mandamus asserting that the parties have resolved their dispute. We interpret relators' notice as a motion to dismiss. Although relators failed to include a certificate of conference with their motion, relators' motion includes a certificate of service, more than ten days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant relators' motion and dismiss the petition for writ of mandamus as moot. *See In re Kellogg Brown & Root, Inc*., 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."). We withdraw our stay order issued September 27, 2022. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Countiss and Rivas-Molloy.

---

2021-63901, pending in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.